THE HONORABLE JOHN C. COUGHENOUR

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| WOLFIRE GAMES, LLC, WILLIAM HERBERT and DANIEL ESCOBAR, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>VALVE CORPORATION,<br><br>     Defendant. | Civil Action No. 2:21-cv-00563-JCC |
| SEAN COLVIN, EVERETT STEPHENS, RYAN LALLY, SUSANN DAVIS, and HOPE MARCHIONDA, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>VALVE CORPORATION,<br><br>     Defendant. | Civil Action No. 2:21-cv-00650-JCC<br><br>~~[PROPOSED]~~ **ORDER TO CONSOLIDATE RELATED ACTIONS UNDER LOCAL RULE 42 AND TO EXTEND DEADLINES** |

Having fully considered the Stipulated Motion to Consolidate Related Actions Under Local Rule 42 and to Extend Deadlines ("Stipulated Motion") submitted by Plaintiffs Wolfire Games, LLC, William Herbert, Daniel Escobar, Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda (collectively "Plaintiffs") and Defendant Valve Corporation (collectively with

Plaintiffs, the "Parties"), IT IS HEREBY ORDERED:

1.     The Stipulated Motion is GRANTED for the reasons set forth therein.

2.     The following two matters are consolidated for all purposes:

- *Wolfire Games et al. v. Valve Corporation*, Case No. 2:21-cv-00563-JCC (W.D. Wash.)
- *Sean Colvin et al. v. Valve Corporation*, 2:21-cv-00650-JCC (W.D. Wash.)

3.     The Court sets the following deadlines in the consolidated action:

- June 11, 2021: Deadline for Plaintiffs to file consolidated amended complaint
- July 26, 2021: Deadline for Defendant to respond to consolidated amended complaint
- August 30, 2021: Deadline for Plaintiffs' Opposition to any motion filed in response to the consolidated amended complaint
- September 17, 2021: Deadline for Defendant's Reply in support of any motion filed in response to the consolidated amended complaint

DATED this 20th day of May 2021.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: CONSOLIDATION AND
DEADLINES
(2:21-CV-00563-JCC)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

Presented by:

/s/ Alicia Cobb

Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David LeRay (*pro hac vice*)
Shane Seppinni (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Phone (212) 849-7231
Fax (212) 849-7100
steigolson@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

Charles Stevens (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Phone (415) 875-6600
Fax (415) 875-6700
charliestevens@quinnemanuel.com

David Golden (*pro hac vice*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd Floor
Washington, D.C. 20004
Phone (202) 204-4527

/s/ Gavin W. Skok

Gavin W. Skok, WSBA #29766
Laura P. Hansen, WSBA #48669
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
Phone (206) 624-3600
Fax (206) 389-1708
gskok@foxrothschild.com

*Attorneys for Defendant Valve Corporation*

[Proposed] Order Re: Consolidation and
Deadlines
(2:21-cv-00563-JCC)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

Fax (202) 204-3501
dgolden@constantinecannon.com

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice pending*)
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Phone (212) 350-2700
Fax (212) 350-2701
oglist@constantinecannon.com

*Attorneys for Wolfire Games, LLC, William Herbert, and Daniel Escobar*

Kenneth J. Rubin (*pro hac vice forthcoming*)
Timothy B. McGranor (*pro hac vice forthcoming*)
Kara M. Mundy (*pro hac vice forthcoming*)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Phone (614) 464-6400
Fax (614) 719-4796
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

Thomas N. McCormick (*pro hac vice forthcoming*)
VORYS, SATER, SEYMOUR AND PEASE LLP
4675 MacArthur Court
Suite 700
Newport Beach, California 92660
Phone (949) 526-7903
Fax (949) 383-2384
tnmccormick@vorys.com

*Attorneys for Sean Colvin, Everett Stephens, Ryan Lally, Susann Davis, and Hope Marchionda*

[Proposed] Order Re: Consolidation and Deadlines
(2:21-cv-00563-JCC)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2021, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED May 20, 2021.

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685

[PROPOSED] ORDER RE: CONSOLIDATION AND DEADLINES
(2:21-cv-00563-JCC)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000